**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 20, 2015

_____

DOCKET CORRECTION NOTICE
_____

No. 15-1555,   <u>Brian Yates v. Christopher Terry</u>
                    2:11-cv-02289-CWH

TO:   Robin L. Jackson

BRIEF/APPENDIX AND FILING CORRECTIONS DUE:  August 31, 2015

Please make the corrections identified below and file corrected documents by the due date indicated. Use the **BRIEF** and **APPENDIX** entries and select "Corrected" as a modifier as the corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

---

[X] <u>See Checklist</u>: Please make corrections identified on attached checklist.

---

[X] Incorrect filer selected. Please refile document, selecting correct filer.

---

[X] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

---

Amy L. Carlheim, Deputy Clerk
804-916-2702